## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIONDRA MILLER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-4924** |
| | : | |
| **DOYLE & HOEFS LLC,** *et al.*, | : | |
| **Defendants.** | : | |

### <u>ORDER</u>

AND NOW, this 7th day of February 2024, upon consideration of Plaintiff Diondra Miller's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  The Complaint is **DEEMED** filed.

3.  For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED**.  All claims under the Fair Debt Collection Practices Act are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C § 1915(e)(2)(B)(ii).  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, J.**